# Exhibit 4

Document ID: aa5968a59f7053c94ead611f730893502cd6fdf8
Generated on: January 31, 2021
Signed On: https://pegasus.thslawfirm.com/

# Eviction Stipulation - Shawnte Warden

COUNTY COURT, DENVER COUNTY, COLORADO
1437 Bannock St Rm 135, Denver, CO 80202
Court Tel. No. 720.865.7840

Plaintiff(s): Glendale Properties I LLC
vs
Defendant(s): Shawnte Warden And All Other Occupants.

Tschetter Sulzer, P.C.
3600 S Yosemite St. # 828
Denver CO, 80237
Phone No. 303.766.8004

Δ FOR COURT USE ONLY Δ

Case Number: 21C51012

**STIPULATION**

The Plaintiff and the Defendant agree as follows: Judgment for possession shall enter. A writ of restitution shall issue after the statutory 48 hour stay and the Plaintiff may schedule the sheriff's move out.

However, there can be no physical sheriff's move out prior to: the 11th of February 2021

If Defendant(s) surrender possession of the premises and return all keys to Plaintiff (Landlord) before the date above, Plaintiff will move the Court to vacate the judgment for possession and Dismiss this action without prejudice. Defendant(s) may attempt to resolve or cure any defaults directly with Plaintiff on terms that are acceptable to Plaintiff, in Plaintiff's sole and absolute discretion. However, Plaintiff is not obligated to accept any cure or resolution offered by Defendant(s) and Plaintiff may insist that Defendant(s) vacate the premises in accordance with the terms of this Stipulation. In the event of a cure acceptable to Plaintiff, Plaintiff will move the Court to vacate the judgment for possession and dismiss this action without prejudice. Defendant(s) acknowledge that Plaintiff's attorneys have made no agreements, representation or promises to Defendant(s) not contained in this Stipulation regarding Plaintiff's intent to accept any resolution proposed by Defendant(s). Unless specifically set forth in this Stipulation, the Parties have made no agreements as to money damages including but not limited to rent, late fees damages to the premises, return of security deposit, or attorneys' fees and costs.

Defendant knows about the CDC Order published in the Federal Register on September 4, 2020, entitled "Temporary Halt in Residential Evictions to Prevent the Further Spread of COVID-19," including the right to submit a Declaration to the Plaintiff asserting that Defendant is a protected person under the Order. Defendant represents that Defendant has not submitted a signed Declaration to Plaintiff. Despite being fully aware of Defendant's rights under the Order, Defendant understands that by signing this Stipulation that Defendant is intentionally waiving any rights Defendant may have pursuant to and under the Order because Defendant desires to resolve the current dispute and case with the landlord now by signing this Stipulation.

<u>Both parties specifically reserve all money and damage rights not specifically set forth in this Stipulation.</u> Any duty of Plaintiff is contingent upon Defendant(s) honoring all of Defendant's agreements contained herein, and Plaintiff shall only be required to perform within 10 days of Defendant(s) providing written request to Plaintiff's attorneys at the address listed above. The parties consent to this matter being heard by a Magistrate and waive the right to have this case heard by a County Court Judge.

Name: Shawnte Warden

Email: shawntewarden@gmail.com



Document ID: aa5968a59f7053c94ead611f730893502cd6fdf8
Generated on: January 31, 2021
Signed On: https://pegasus.thslawfirm.com/

Phone: (719) 201-4711

1280 S Birch St # 406
Denver, CO 80246

Plaintiff: Glendale Properties I LLC

Record Barcode: 454333

_____

TSCHETTER SULZER P.C.

Mark Tschetter #18433, Victor Sulzer #24804, Peter Muccio #34026, Lindsay Jasper #34645, Karen Harvey #22743, Rachel Griffin # 44634, Kory Cook #47848, Chris Cunningham #50080, Jonathon Carlson #45075

ORDER

The above Stipulation is made an Order of this Court on: _____.

_____
County Court Judge/Magistrate

Dated and signed on:

January 31, 2021

Signed By Shawnte Warden
Signed On: January 31, 2021



# Signature Certificate

Document name: Eviction Stipulation - Shawnte Warden

🔒 Unique Document ID: AA5968A59F7053C94EAD611F730893502CD6FDF8


Build. Track. Sign Contracts.



Shawnte Warden
Party ID: 9437612b-fb3d-486e-aa7c-942bab913135
IP Address: 98.38.43.5
Security Level: E-mail

**Digital Signature:**


Multi-Factor
**Digital Fingerprint Checksum**   5800d2378a3f1917939d1b7d513c7d9e   

| Timestamp | Audit |
|---|---|
| January 31, 2021 5:35 pm MST | Eviction Stipulation - Shawnte Warden Uploaded by Pegasus Platform - pegasus@thslawfirm.com IP 47.27.1.28 |
| January 31, 2021 5:35 pm MST | Document viewed by Shawnte Warden - shawntewarden@gmail.com IP 98.38.43.5 |
| January 31, 2021 5:36 pm MST | Document signed by Shawnte Warden - shawntewarden@gmail.com IP 98.38.43.5 |
| January 31, 2021 5:36 pm MST | TS Control - thepit+esign@thslawfirm.com added by Pegasus Platform - pegasus@thslawfirm.com as a CC'd Recipient Ip: 47.27.1.28 |
| January 31, 2021 5:36 pm MST | Tschetter Hamrick - are@thslawfirm.com added by Pegasus Platform - pegasus@thslawfirm.com as a CC'd Recipient Ip: 47.27.1.28 |
| January 31, 2021 5:36 pm MST | The document has been signed by all parties and is now closed. |



This audit trail report provides a detailed record of the online activity and events recorded for this contract.

Page 3 of 3

https://pegasus.thslawfirm.com/   🔒 Audit Trail Serial# 10a17cb4f9c5e213290b3c6cd875c44c