# Exhibit 5

If you are interested in settling this case, please go to the website below. You must enter the information exactly as it is listed on this paperwork. The ability to complete this settlement process will expire on the court date ███ which is listed on the paperwork.

https://pegasus.thslawfirm.com/evictions/start/

Please read the documents carefully. You will need to provide an email address, EXACT defendant last name as it is listed from this legal pleading, phone # and this barcode ID# ███ to complete the settlement agreement.

You may request a call back by filling out our Tenant call back request Form located at

Tinyurl.com/TS-Tenant-Callback