Exhibit 7

EFILED Document: Denver County

Filing Date: 2/15/2021 3:30:45 PM
Filing ID: FP2283751F2BC2E

| | |
|---|---|
| COUNTY COURT, Denver COUNTY, COLORADO<br>1437 Bannock St Rm 135, Denver, CO 80202<br>Court Tel. No. 720.865.7840<br><br>Plaintiff(s): Glendale Properties I LLC<br><br>v.<br>Defendant(s): Shawnte Warden And All Other Occupants. | |
| Mark N. Tschetter  # 18433<br>Tschetter Sulzer, P.C.<br>3600 S Yosemite St. # 828<br>Denver CO, 80237<br>Phone No. 303.766.8004 | Δ  FOR COURT USE ONLY  Δ<br><br>Case Number:  21C51012 |

## WRIT OF RESTITUTION

The people of the State of Colorado, to the Sheriff of said County:

WHEREAS, Plaintiff Glendale Properties I LLC, obtained a judgment against the Defendant(s)  Shawnte Warden AND ALL OTHER OCCUPANTS in the above titled action of unlawful detainer, for restitution of the premises following to wit:

1280 S Birch St # 406, Denver, CO 80246

THESE ARE THEREFORE TO COMMAND YOU, in the name and by the people, to dispossess the said Defendant(s) Shawnte Warden AND ALL OTHER OCCUPANTS and restore the said Plaintiff Glendale Properties I LLC to the possession of the said premises. This Writ shall not be executed upon prior to 2/11/2021.

THE COUNTY CLERK SEAL ABOVE SIGNIFIES THAT THIS DOCUMENT WAS ISSUED ELECTRONICALLY ACCORDING TO COLORADO COUNTY COURT RULES

Contact:    Tori Sanborn - 303.758.6131

Apartment: Mint Urban Infinity East

## RETURN OF SERVICE
I hereby declare I am 18 years of age and that the foregoing Writ of Restitution was served on the Defendants at the above address.

This Writ was served on _____(date) in Denver County by

_____  Posting it in a conspicuous place upon the premises described therein

_____  Personally handing it to a person identified to me as _____

Signed: _____          Date _____

Signed:_____          Date_____
           NOTARY

* 4 5 4 3 3 3 *
1/22/2021