**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**
Judge

303-844-2527

February 3, 2022

TO:        Jeffrey Colwell, Clerk

FROM:      Judge Babcock                    s/LTB

RE:        Civil Action No.  22-cv-00271
           Warden v. Tschetter Sulzer, P.C.

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp