**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00271-WJM-NRN

SHAWNTE WARDEN, individually and on behalf
of all others similarly situated,

        Plaintiff,

v.

TSCHETTER SULZER, P.C.

        Defendant.

_____

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**
_____

        Plaintiff Shawnte Warden, through her attorneys, Woodrow & Peluso, LLC and Cadiz Law, LLC, and Defendant Tschetter Sulzer, P.C. ("TS"), through its attorneys, Gordon Rees Scully Mansukhani LLP, hereby stipulate pursuant to D.C.COLO.LCivR 6.1(a) to extend the deadline for Defendant TS to answer, move or otherwise respond to Plaintiff's Complaint.

        1.    Defendant TS was served with the Summons and Complaint on February 3, 2022, making a responsive pleading due February 24, 2022.

        2.    Pursuant to D.C.Colo.LCivR 6.1(b), Defendant TS requests a twenty-one (21) day extension of up to and including March 17, 2022 within which to answer, move or otherwise respond to Plaintiff's Complaint. Plaintiff stipulates to the extension of time.

        3.    D.C.COLO.LCivR 6.1(a) provides that the parties "may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading. . . The stipulation must be filed before the expiration of the

time limits to respond prescribed in the Federal Rules of Civil Procedure, and shall be effective on filing, unless otherwise ordered."

4. Pursuant to D.C.COLO.LCivR 6.1(c), counsel hereby certify the stipulation is contemporaneously served on their clients.

Respectfully submitted this 23rd day of February, 2022.

*s/ Steven L . Woodrow*
Steven L. Woodrow
WOODROW & PELUSO LLC
2900 East Mexico Avenue, Suite 300
Denver, CO 80210
*swoodrow@woodrowpeluso.com*

Jason Legg
CADIZ LAW, LLC
501 S. Cherry Street, Suite 1100
Denver, CO 80246
*jason@cadizlawfirm.com*

*Attorneys for Plaintiff*


*s/ Tamara A. Seelman*
Tamara A. Seelman
GORDON REES SCULLY MANSUKHANI LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel: (303) 534-5160
tseelman@grsm.com

*Attorneys for Defendant*