# DENVER COUNTY COURT E-FILING SYSTEM

*You are logged in as : **Jason M. Legg** Last Login on*

| Home | Filing | Search | Resources | My Account |

## Case: 21C51012
[Glendale Properties I LLC Vs Shawnte Warden And All Other Occupants](#)

| Efiled by Plaintiff | | Case Type: | Forcible Entry and Detainer |
| Efiled by Defendant | | Trial Courtroom: | 186 |
| Filed by Court / Unknown | | Case Status: | Active |

*\* Pending Acceptance by the Court*                                                        [View Judgments](#)

**Print Case Summary**   **Print Selected Tab**

### Register of Actions | Case Schedule

| | Filing ID | Date Filed | Authorizer | Organization | Filing Party | | Event | Document Title |
|---|---|---|---|---|---|---|---|---|
| ☐ | N/A | 02/18/2021 10:43 AM | N/A | N/A | N/A | ☐ | Writ Of Restitution | Writ of Restitution Issued |
| ☐ | FP2283751F2BC2E | 02/15/2021 3:30 PM | Tschetter, Mark N | Tschetter Hamrick Sulzer, PC | Glendale Properties I LLC, | ☐ | Writ Of Restitution | Proposed Writ of Restitution |
| ☐ | N/A | 02/12/2021 5:50 PM | N/A | N/A | N/A | ☐ | Order | Stip With Or Without S.O.E. |
| ☐ | FP16C9F1333FAA1 | 02/03/2021 8:30 AM | Tschetter, Mark N | Tschetter Hamrick Sulzer, PC | Glendale Properties I LLC, | ☐ | Stip With Or Without S.O.E. | Stipulation |
| | | | | | | ☐ | Proposed Order | Proposed Order |
| ☐ | FP37C15280E8BFD | 01/29/2021 2:00 PM | Tschetter, Mark N | Tschetter Hamrick Sulzer, PC | Glendale Properties I LLC, | ☐ | Return of Service | Return of Service |
| ☐ | N/A | 01/25/2021 9:58 AM | N/A | N/A | N/A | ☐ | Document Efiled | Document Efiled |
| ☐ | FPEFF6A5EBCB1BD | 01/22/2021 4:30 PM | Tschetter, Mark N | Tschetter Hamrick Sulzer, PC | Glendale Properties I LLC, | ☐ | COMPLAINT($1000-$14999.99) | COMPLAINT $1000-$14999 |
| | | | | | | ☐ | Summons | Summons Issued |
| | | | | | | ☐ | Filing Other | Filing Other |

**Download Documents**

© 2022 - Denver County Court. All rights reserved. Need Help? Email us at dccfeedback@denvercountycourt.org | [Training Guide](#)