IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-00271-CNS-NRN | Date: April 12, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| SHAWNTE WARDEN *individually and on behalf of all others similarly situated* **Plaintiff** | *Jason Legg* *Steven Woodrow* |
| v. | |
| TSCHETTER SULZER P.C. **Defendant** | *Tamara Seelman* |

## COURTROOM MINUTES

**FAIRNESS HEARING**

Court in Session:  8:29 a.m.

Appearances of counsel.

Discussion held on the pending motions.

The Court makes findings of fact, conclusions of law. As outlined on the record, it is

**ORDERED:** [81] Settlement Class Representative Warden's Motion for Final Approval of Class Action Settlement is GRANTED.

[82] Settlement Class Representative Warden's Motion for Approval of an Incentive Award and an Award of Reasonable Attorneys' Fees and Expenses is GRANTED.

**Order and Judgment to issue.**

Court in Recess:  8:58 a.m.          Hearing concluded.          Total time in Court:  00:29